CENTER FOR DISABILITY ACCESS
Amanda Seabock, Esq., SBN 289900
Prathima Price, Esq., SBN 321378
Dennis Price, Esq., SBN 279082
Mail: 8033 Linda Vista Road, Suite 200
San Diego, CA 92111
(858) 375-7385; (888) 422-5191 fax
amandas@potterhandy.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Scott Johnson** | Case: 3:21-cv-01400-SK |
| Plaintiff, | |
| v. | **NOTICE OF DISMISSAL PURSUANT TO F.R.CIV.P. 41 (a)(2)** |
| **Blue Mine LLC**, a California Limited Liability Company | |
| Defendants. | |

## <u>NOTICE</u>

Pursuant to F.R.CIV.P.41 (a)(2), PLEASE TAKE NOTICE THAT the plaintiff hereby voluntarily dismisses the entire case, with prejudice; each party to bear his/her/its own attorneys' fees and costs.


Dated: May 28, 2021          CENTER FOR DISABILITY ACCESS


By:   /s/ David Ratner
David Ratner
Attorneys for Plaintiff

1